IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| **JOSE A RIVERA RAMOS** | * | **CASE NO. 10-04876 MCF** |
| Debtor(s) | * | CHAPTER 13 |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COME NOW**, **debtors , JOSE A RIVERA RAMOS**, through the undersigned attorney and respectfully avers and prays :

That on this date JUNE 29, 2010 the debtor has given the trustee Notice Of The Name and address of the Child Support recipient.

**WHEREFORE**, that the Honorable Court take Notice Of the above mention..

**Certificate of Service**: I hereby certify that on JUNE 29 , 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

* JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
* NYDIA GONZALEZ ORTIZ    sgecf@yahoo.com, attorneysg1@yahoo.com
* MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
* FRANCISCO J PORTUONDO DIAZ    carmene.rodriguez@bbvapr.com

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants as per the attached mailing list.

In Yauco, Puerto Rico this 29 $^h$ day of JUNE of 2010 .

S/: Nydia Gonzalez Ortiz USDC-PR 124006
Attorney for Debtors
SANTIAGO & GONZALEZ
11Betances St.
Yauco, PR 00698
Phone(787)267-2205/2252
Fax: (787) 267-6211
Email: bufetestgogonzalez@hotmail.com

10-04876-SEK13 JOSE ANTONIO RIVERA RAMOS

Creditors

ACS - IRS
PO BOX 57
BENSALEM, PA 19020-0057      (2994005)
(cr)
BANCO BILBAO VISCAYA
PO BOX 71113
SAN JUAN, PR 00936-1113      (2994006)
(cr)
BANCO BILBAO VISCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745      (2998930)
(cr)
BANCO POPULAR PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708      (2994007)
(cr)
BANCO POPULAR PUERTO RICO
CREDIT CARD DIVISION
PO BOX 362708
SAN JUAN, PR 00936-2708      (2994008)
(cr)
CAROLINA SHOPPING COURT
RR 3 Box Cnr Robert
CAROLINA, PR 00982      (2994009)
(cr)
CENTRO DE RECAUDACIONES MUNICIPALES

CRIM
P.O. BOX 195387
SAN JUAN, PR 00919		(2994010)
(cr)
CICA COLLECTION AGENCY, INC.
PO BOX 12338
SAN JUAN, PR 00914-0338		(2994011)
(cr)
COBRADORES Y MAS
PO BOX 833
FAJARDO, PR 00738	(2994012)
(cr)
CORPORACION DEL FONDO DEL SEGURO
DEL ESTADO (STATE INSURANCE FUND)
PO BOX 365028
SAN JUAN, PR 00936-5028		(2994013)
(cr)
DEPARTAMENTO DE HACIENDA
P.O. Box 9024140,
SAN JUAN, PR 00902		(2994014)
(cr)
DEPARTMENT OF JUSTICE OF PUERTO RICO
FEDERAL LITIGATION BANKRUPTCY DIV
Apartado 9020192
SAN JUAN, PR 00902		(2994015)
(cr)
DORAL BANK
PO BOX 71529
SAN JUAN, PR 00936-8629		(2994016)
(cr)
INTERNAL REVENUE SERVICE

101 N INDEPENDENCE MALL EAST
PHILADELPHIA, PA 19106        (2994017)
(cr)
JUAN MANUEL SUAREZ COBO, ESQ.
PO BOX 316
SAN JUAN, PR 00926        (2994018)
(cr)
LCDO. ERIK A. ROSADO PEREZ
A & J COLLECTION AGENCY, INC.
PO BOX 195572
SAN JUAN, PR 00919-5572        (2994019)
(cr)
LCDO. JOAQUIN BURGOS OSTOLAZA
PO BOX 365028
SAN JUAN, PR 00936-5028        (2994020)
(cr)
LCDO.FRANCISCO J PORTUONDO DIAZ
PO BOX 364745
SAN JUAN, PR 00936        (2994021)
(cr)
NCO FINANCIAL SYSTEMS INC
DEPT 99
PO BOX 15630
WILMINGTON, DE 19850   (2994022)
(cr)
UNIVERSAL COLLECTION BUREAU
PO BOX 191024
SAN JUAN, PR 00919        (2994023)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| **JOSE A RIVERA RAMOS** | * | **Bc# 10-04876 MCF** |
| Debtor(s) | * | CHAPTER 13 |

## NOTICE OF NAME AND ADDRESS OF CHILD SUPPORT RECIPIENT
## TO THE TRUSTEE.

In the present case the address of the recipient of the child support is :

SRA; FRANCES BLOCK
138 AVE WINSTON CHURCHILL
BOX 436 EL SENORIAL MAIL STA
SAN JUAN PR 00926

In Yauco Puerto Rico this 29 day of JUNE of 2010.

/S/ Nydia Gonzalez Ortiz ESQ.
Attorney for Debtors

By : Leslie A. Ferrer Caraballo