# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSÉ ANTONIO RIVERA RAMOS

Bkrtcy. No. 10-04876-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jun 03, 2010 | Meeting Date: Jul 08, 2010 | DC Track No. 35 |
| Days from petition date: 35 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 12/6/2007 | ☐ Chapter 13 Plan Date: Jun 03, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $296,444.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Aug 10, 2010 | Time: 8:30 AM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $179.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: N. Gonzalez ☐ Pro-se.

☒ Creditor(s) present: ☐ None.
Carolina Shopping Court - Garay

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: **NYDIA GONZALEZ ORTIZ***
- Total Agreed: $3,000.00
- Paid Pre-Petition: $426.00
- Outstanding: $2,574.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: $1,013,232
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: Trustee will notify.

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
① As per State court judgment debtor has custody of minors
② Debtor must list community property with ex-spouse Urb. Ceno Real $700,000.00 (Not in Urb. Sagrado Corazon)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___

Date: Jul 08, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

3) Debtor has been receiving family help from his mother over the six month period of filing the petition. $3,000.00 monthly. This amount should be included in Means test.

4) Debtor property located Cerro Real has a second Mortgage in the name of Carolina Shopping.

5) Schedules must be clarified list properties in the name of debtor and all the liens that encumbered each property.

Trustee / Presiding Officer    Page 2 of 2    Date: July 8, 2020