```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 10-04876-SEK |
|---|---|
| JOSE ANTONIO RIVERA RAMOS | CHAPTER 13 |
| DEBTOR (S) | |

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Thu Jul 8, 2010 at 2:00 pm has been continued to Mon Sep 13, 2010 at 1:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Thursday, July 15, 2010.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| NYDIA GONZALEZ ORTIZ*<br>BETANCES # 11<br>YAUCO, PR 00698-3634 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE ANTONIO RIVERA RAMOS<br>CERRO REAL<br>M-27 CALLE B<br>GUAYNABO, PR 00969 |
| ACS - IRS<br>PO BOX 57<br>BENSALEM, PA 19020-0057 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA<br>C/O FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR PUERTO RICO<br>CREDIT CARD DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CAROLINA SHOPPING COURT<br>RR 3 Box Cnr Robert<br>CAROLINA, PR 00982 |
| CAROLINA SHOPPING COURT<br>C/O JUAN M. SUAREZ COBO<br>138 WINSTON CHURCHILL AVE<br>STE 316 SAN JUAN PR<br>, PR 00926 | CENTRO RECAUDACION INGRESOS<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| CICA COLLECTION AGENCY, INC.<br>PO BOX 12338<br>SAN JUAN, PR 00914-0338 | COBRADORES Y MAS<br>PO BOX 833<br>FAJARDO, PR 00738 |
| CORPORACION DEL FONDO DEL SEGURO<br>DEL ESTADO (STATE INSURANCE FUND)<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | DORAL BANK<br>PO BOX 71529<br>SAN JUAN, PR 00936-8629 |
| FRANCES BLOCK<br>138 AVE WINSTON CHURCHILL<br>BOX 436 EL SENORIAL MAIL STA<br>SAN JUAN, PR 00926 | GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>ATT RAMESH SINGH<br>MIAMI, FL 33131-1605 |
| INTERNAL REVENUE SERVICE<br>101 N INDEPENDENCE MALL EAST<br>PHILADELPHIA, PA 19106 | JUAN MANUEL SUAREZ COBO, ESQ.<br>PO BOX 316<br>SAN JUAN, PR 00926 |

| | |
|---|---|
| LCDO. ERIK A. ROSADO PEREZ<br>A & J COLLECTION AGENCY, INC.<br>PO BOX 195572<br>SAN JUAN, PR  00919-5572 | LCDO. JOAQUIN BURGOS OSTOLAZA<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 |
| LCDO. FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR  00936 | NCO FINANCIAL SYSTEMS INC<br>DEPT 99<br>PO BOX 15630<br>WILMINGTON, DE  19850 |
| UNIVERSAL COLLECTION BUREAU<br>PO BOX 191024<br>SAN JUAN, PR  00919 | |

DATED:  July 15, 2010

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE