# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:    JOSÉ ANTONIO RIVERA RAMOS

Bkrtcy. No.    10-04876-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jun 03, 2010 | Meeting Date Sep 13, 2010 | DC Track No. 17 |
| Days from petition date 102 | Meeting Time 1:00 PM | |
| 910 Days before Petition 12/6/2007 | ☐ Chapter 13 Plan Date Jun 03, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) TBD Bankruptcy petition. | Plan Base: $296,444.00 | |
| This is the TBD Scheduled Meeting | Confirmation Hearing Date: Oct 12, 2010 | Time: 8:30 AM |

Payment(s) ☑ Received or
☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $358.00 |
|---|---|---|---|---|

---

**I.    Appearances:**    ☐ Telephone ☐ Video Conference        ☐ Creditor(s) present:    ☑ None.

☐ Debtor Present        ☐ ID & Soc. OK        ☑ Debtor Absent

☐ Joint Debtor Present    ☐ ID & Soc. OK        ☐ Joint Debtor Absent

Debtor(s) was/were    ☐ Examined    ☑ Not Examined under oath.

Attorney for Debtor(s)    ☐ Present    ☑ Not Present

☐ Substitute attorney:                ☐ Pro-se.

---

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record:    **NYDIA GONZALEZ ORTIZ***

Total Agreed:  $3,000.00        Paid Pre-Petition:  $426.00        Outstanding:  $2,574.00
                                                                  THROUGH THE PLAN

---

**III.    Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☐ For Failure to commence payments.

---

**IV.    Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)    ☐ Under    ☐ Above Median Income.    **Liquidation Value:** TBD

**Commitment Period is**    ☐ 36    ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
                            TBD            TBD

**The Trustee** ☐ **RECOMMENDS**    ☐ **OBJECTS**    **Plan confirmation.**

§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:    *Nov. 17 2010    1:00 PM*

---

**V.    Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

---

/s/ José R. Carrión            Date: Sep 13, 2010
Trustee            Presiding Officer            Page 1 of 1